# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. MARY RAYLEAN DESELLIER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> 1. THE CITY OF PURCELL, ) <br> OKLAHOMA, a municipality, and ) <br> ) <br> 2. DALE BUNN, an individual, ) <br> ) <br> Defendants. ) | Case No. CIV-17-163-R |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their counsel of records, and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above entitled cause of action be dismissed with prejudice and all parties to bear their own costs and attorney fees incurred to date.

**RESPECTFULLY SUBMITTED THIS 18th DAY OF JANUARY, 2018.**

s/ Amber L. Hurst
Mark Hammons, OBA #3784
Amber L. Hurst, OBA #21231
HAMMONS, GOWENS, HURST
   & ASSOCIATES
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
(405) 235-6100 (telephone)
(405) 235-6111 (facsimile)
Email: amber@hammonslaw.com

-and-

Blake Sonne, OBA #20341
Sonne Law Firm, PLC
P.O. Box 667

Norman, Ok 73070
(405) 664-2919 (telephone)
(405) 872-8897 (facsimile)
Email: bsonne21@yahoo.com
Jury Trial Demanded
Attorney Lien Claim
*Attorneys for Plaintiff*

s/Margaret McMorrow-Love
Margaret McMorrow-Love, OBA # 5538
THE LOVE LAW FIRM
228 Robert S. Kerr, Suite 540
Oklahoma City, OK 73102
(405) 235-3848; (405) 235-3863 (fax)
Email: mml@lovelawfirm.legal
*Attorneys for Defendant, City of Purcell*

s/Thomas A. LeBlanc
Thomas A. LeBlanc, OBA #14768
Todd M. Wagner, OBA #30278
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa, OK 74103
Telephone: (918) 582-1234
Facsimile: (918) 585-9447
Email: tleblanc@bestsharp.com
        twagner@bestsharp.com
*Attorneys for Defendant, Dale Bunn*